IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              CASE NO. 5:08-cr-12-RS-CJK
                                      5:09-cv-273-RS-CJK

JERROD JASON SANDERS,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 142).

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's motion to vacate, set aside, or correct sentence (Doc. 79) pursuant to 28 U.S.C. § 2255 is **DENIED**.

**ORDERED** on September 5, 2012.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**